RECEIVED BY MAIL
SEP 04 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

MOTION:
Granted ✓
Denied _____
Overruled _____
Date _____
[signature] 9/10/09

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI (ST. LOUIS)
## EASTERN DIVISION

CHERIE TUTTLE, et. al.,           )
                                  )
        Plaintiff,                )   CAUSE NO. 4:09-cv-01288-TCM
                                  )
v.                                )
                                  )
STERIS CORPORATION, et al.        )
                                  )
        Defendants.               )

### VERIFIED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ANNE OWINGS FORD

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Anne Owings Ford, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing TriMas Corporation and Rieke Corporation in this matter. In support of this motion, a certificate of good standing from the State of Ohio is attached hereto as Exhibit "A," and I submit the following information as required by Rule 12.01(E):

 (a) Full name of the movant-attorney:

  **Anne Owings Ford**

 (b) Address, telephone number and fax number of the movant-attorney;

  **600 Superior Avenue, East**
  **Suite 2100**
  **Cleveland, Ohio 44114**
  **Telephone:** **(216) 348-5400**
  **Fax:** **(216) 348-5474**
  **Email:** **aoford@mcdonaldhopkins.com**

Rec 4644008576

{1838717;}